**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X
RAYMOND FORREST, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

Case No. 1:24-cv-7283-TAM

- against -

SCHILLING CIDER, LLC,

Defendants.
---------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Raymond Forrest, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Schilling Cider, LLC.

Dated: Scarsdale, New York
January 28, 2025

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: */s/Dan Shaked*____________
Dan Shaked, Esq.
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel. (917) 373-9128
e-mail: ShakedLawGroup@Gmail.com